## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| **BYRON DONNELLE CLAY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 3:25-cv-00196-TES-AGH** |
| **v.** | : | |
| | : | |
| **Nurse MENDEZ,** *et al.*, | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |
| **Defendants.** | : | |

## ORDER

*Pro se* Plaintiff Byron Clay, an inmate in the Walton County Jail in Monroe, Georgia, filed a complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff requested leave to proceed *in forma pauperis*. ECF No. 2. On January 5, 2026, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $35.91. ECF No. 4. Plaintiff was given fourteen days to pay the fee. *Id*. He was informed that failure to comply with an order of the court may result in dismissal of his complaint. *Id*. Plaintiff failed to respond.

Therefore, on February 11, 2026, the Court notified Plaintiff that it had not received the partial initial filing fee and ordered him to show cause why this action should not be dismissed for failure to comply with this Court's order. ECF No. 5. The Court again specifically informed Plaintiff that his action could be dismissed if he failed to respond or otherwise pay the fee. *Id*. Plaintiff has failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute this case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R.

Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

      **SO ORDERED**, this 2nd day of April, 2026.

                         S/ Tilman E. Self, III
                         **TILMAN E. SELF, III, JUDGE**
                         **UNITED STATES DISTRICT COURT**